UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:12-cr-12-3 |
|---|---|
| v. | JUDGE HAYNES |
| TOMMY L. WALTON, II | |

## DEFENDANT'S MOTION TO ALLOW ELECTRONIC DEVICES IN THE COURTROOM

Pursuant to Administrative Order 156-2, Defendant, Tommy L. Walton, II, by and through the undersigned counsel, move this Honorable Court to allow counsel, to utilize a portable laptop computer and printer, and possess a cellular telephone in the courtroom during the trial of this matter.

Instead of printing out thousands of pages of documents and photographs, counsel for Defendants respectfully requests that they be allowed to bring in hard copies of documents they anticipate being used as Exhibits and be allowed access to the remaining documents via computer with attached printer. The printer is very quiet and it is anticipated that it will only be sparingly utilized by counsel only. Counsel for Defendants need to be prepared to access any and all of the thousands of documents produced and it is not practical to print out each and every one of the documents prior to trial.

Defendants also intend to utilize the Court's ELMO to present the Trial Exhibits.

This 3rd day of January, 2013.

/s/ Brian S. Cromwell
Brian S. Cromwell
North Carolina State Bar No. 23488
*Admitted as Pro Hac*

[Handwritten annotations in margin, partially legible: "Granted / This motion / ... for the / ... / ... / ... / cell telephone / ... / 1-7-13"]