UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:12-cr-12 |
|---|---|
| v. | JUDGE HAYNES |
| TOMMY L. WALTON, II | |

### REQUEST FOR CLARIFICATION

COMES NOW the Defendant, Tommy L. Walton, II, by and through his undersigned counsel, and respectfully submits this Request for Clarification of Recusal Order filed on April 17, 2013. [Document #122] Clarification of Judge Haynes' recusal is sought for the foregoing reasons:

1. The caption of the above-styled case, referred to in the Court's Order, is Case No. 3:12-cr-00012, a criminal indictment filed by the United States Attorney for the Middle District of Tennessee, on or about January 19, 2012, naming three defendants: Rick R. Ingram, Sr., Tommy L. Walton, Sr. and Tommy L. Walton II. [Document #1]

2. On or about July 13, 2012, Rick Ingram, Sr. pled guilty pursuant to a plea agreement in the above-styled matter. To date, Rick Ingram, Sr. has not been sentenced.

3. On or about January 9, 2013, the United States Attorney for the Middle District of Tennessee filed a Superseding Indictment naming Tommy L. Walton, Sr. and Tommy L. Walton II and identifying Rick Ingram, Sr. as engaging with each Superseding Indictment defendant separately in a scheme to defraud the citizens of the city of Clarksville, TN of Rick Ingram, Sr.'s honest services. Tommy L. Walton II was named in twenty-three counts in the Superseding Indictment.

4. On or about January 14, 2013, Tommy L. Walton, Sr. plead guilty pursuant to a plea agreement in the above-styled matter. [Document #85] To date, Tommy L. Walton, Sr. has not been