UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NO. 3:12-cr-12-3 |
| TOMMY L. WALTON, II | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Tommy L. Walton, II, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the sentencing hearing date in the above-captioned case.

1. Currently, the sentencing hearing for Tommy L. Walton, II in the above-captioned matter is set for Monday, June 17, 2013 at 3:00 PM.

2. On or about May 30, 2013, in a timely manner, the Defendant submitted approximately 30 pages of objections to the United States Probation Office's Presentence Investigation Report ("PSR").

3. The Government also submitted objections to the PSR.

4. Alisha James, the Probation Officer assigned to the above-referenced matter, has suggested that both parties meet with her to address the contended details of the PSR to determine if an agreement can be reached and avoid any unnecessary intrusion of the Court's time during a sentencing hearing.

5. In addition, it is undersigned counsel's understanding that the sentencing Judge in this matter may be different than the Judge who presided over the trial

6. The Defendant and the Government will need additional time to prepare exhibits