UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00012-03 |
| | ) | |
| TOMMY L. WALTON, II | ) | Chief Judge Haynes |
| | ) | |

## MOTION TO AMEND OR CORRECT JUDGMENT
## ENTERED WITH RESPECT TO DEFENDANT TOMMY WALTON, II

[Handwritten notation: GRANTED. This motion is granted. /s/ 8-9-13]

The United States of America, by and through the United States Attorney for the Middle District of Tennessee, moves pursuant to Rules 35(a) and 36 of the Federal Rules of Criminal Procedure to amend or correct the judgment and commitment order for defendant Walton entered on August 7, 2013 (Docket Entry 179) in the following three respects.

First, it appears that the box beside paragraph C of The Schedule of Payments on page 7 of the Judgment was left unchecked inadvertently. The blanks in paragraph C were completed to require payment of "monthly" installments and to add at the end of paragraph C language to explain that the defendant is to pay "ten (10%) percent of Defendant's gross monthly income, to commence thirty [sic] after the date of this judgment." Therefore, it appears that the box beside paragraph C should be checked. If left unchecked, it will not be clear from the judgment that the defendant is required to begin making restitution payments within thirty days after the date of the judgment. It also will not be clear that the defendant is required to continue making restitution payments during the period of his supervised release. Also, it appears that the word "days" was inadvertently omitted from between the word "thirty" and the word "after" in the language that was added at the end of paragraph C. It also appears that the words "and supervised release"