IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-00012-03 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| TOMMY L. WALTON, II, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant Tommy L. Walton, II's motion for extension of time to report (Docket Entry No. 207), requesting the Court extend the date on which he is to report to his designated facility one week to October 11, 2013. The United States Marshal Service confirmed that Defendant is currently in custody at his designated facility in New Jersey. Accordingly, Defendant's motion for extension of time to report (Docket Entry No. 207) is **DENIED as moot.**

It is so **ORDERED**.

ENTERED this the 2nd day of December, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court